IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELTON LEE MYERS,<br><br>        Petitioner,<br><br>  vs.<br><br>R. L. SUBIA, Warden,<br><br>        Respondent. | No. C 09-04019 JW (PR)<br><br>ORDER TO SHOW CAUSE |

Petitioner, a state prisoner incarcerated at the Mule Creek State Prison in Ione, California, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging his state conviction

**BACKGROUND**

According to the petition, petitioner was found guilty in the Superior Court of the State of California in and for the County of Monterey of three counts of committing a lewd act upon a child under the age of 14, one count of penetration with a foreign object of a child under the age of 14, and one count of distributing obscene materia. (See In re Melton L. Myers, No. HC5881, slip op. 1 (Oct. 17, 2007).) Petitioner was sentenced in 1997, to 75 years to life in state prison. (Id.)

Order to Show Cause
P:\PRO-SE\SJ.JW\HC.09\Myers04019_osc.wpd

Petitioner filed habeas petitions in the state courts, with the California Supreme Court denying review on February 25, 2009. (Id. at 5.) Petitioner filed the instant federal habeas petition on August 28, 2009.

## DISCUSSION

A.   Standard of Review

This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a).

It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." Id. § 2243.

B.   Legal Claims

Petitioner raises the following grounds for federal habeas relief: 1) the trial court imposed an unauthorized sentence in violation of due process; and 2) the trial court imposed restitution without a hearing to determine Petitioner's ability to pay violated due process. (Pet. 6.) Liberally construed, these claims are sufficient to require a response. Respondent must show cause the writ should not be granted with respect to the remaining claims.

## CONCLUSION

For the foregoing reasons and for good cause shown,

1.   The clerk shall serve by certified mail a copy of this order and the petition and all attachments thereto on respondent and respondent's attorney, the Attorney General of the State of California. The clerk also shall serve a copy of this order on petitioner.

2.   Respondent shall file with the court and serve on petitioner, within

**sixty (60) days** of the issuance of this order, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent shall file with the answer and serve on petitioner a copy of all portions of the state trial record that have been transcribed previously and that are relevant to a determination of the issues presented by the petition.

If petitioner wishes to respond to the answer, he shall do so by filing a traverse with the court and serving it on respondent within **thirty (30) days** of his receipt of the answer.

3. Respondent may file a motion to dismiss on procedural grounds in lieu of an answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section 2254 Cases. If respondent files such a motion, petitioner shall file with the court and serve on respondent an opposition or statement of non-opposition within **thirty (30) days** of receipt of the motion, and respondent shall file with the court and serve on petitioner a reply within **fifteen (15) days** of receipt of any opposition.

4. Petitioner is reminded that all communications with the court must be served on respondent by mailing a true copy of the document to respondent's counsel. Petitioner must also keep the court and all parties informed of any change of address.

DATED: January 5, 2010

JAMES WARE
United States District Judge

Order to Show Cause
P:\PRO-SE\SJ.JW\HC.09\Myers04019_osc.wpd      3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MELTON LEE MYERS,

         Petitioner,

  v.

R.L. SUBIA, Warden,

         Respondent.
                                           /

Case Number: CV09-04019 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   1/15/2010  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Melton Lee Myers K-37870
Mule Creek State Prison
P. O. Box 409000
Ione, Ca 95640

Dated:   1/15/2010

                              Richard W. Wieking, Clerk
                       /s/ By: Elizabeth Garcia, Deputy Clerk